ct118

03/2024

# United States Bankruptcy Court
## District of Connecticut



In re:

    Stephanie Sophie Sklarsky

      Debtor *

Case Number: 24-20432

Chapter: 7

American Eagle Financial Credit Union

Movant(s)

v.

Stephanie Sophie Sklarsky, Debtor

Bonnie C. Mangan, Trustee

Respondent(s)

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon the Motion for Relief from Stay dated August 29, 2024 (the "Motion", ECF No. 22), filed by American Eagle Financial Credit Union (the "Movant"), after notice and a hearing, see 11 U.S.C. § 102(1), and in accordance with 11 U.S.C. § 362(d)(1) and in compliance with the Court's Contested Matter Procedure; it is hereby

**ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 30 Raymond Road, Rocky Hill, CT 06067, in accordance with applicable non-bankruptcy law; and it is further

**ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is not hereby waived.

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

Dated: September 24, 2024

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.