# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–2 | User: admin | Date Created: 9/24/2024 |
| Case: 24–20432 | Form ID: pdfdoc2 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Stephanie Sophie Sklarsky          966 Silas Deane Highway          Apartment B19          Wethersfield, CT 06109

TOTAL: 1