United States Bankruptcy Court
District of Connecticut

In re:  Case No. 24-20432-jjt
Stephanie Sophie Sklarsky  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 2
Date Rcvd: Sep 23, 2024      Form ID: 160      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Sophie Sklarsky, 966 Silas Deane Highway, Apartment B19, Wethersfield, CT 06109-4208 |
| cr | + | Patrick Lombardi, 84 Ridge Road, West Barnstable, MA 02668-1531 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | American Eagle Financial Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

**Name**      **Email Address**

Bonnie C. Mangan
     on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com
     ct19@ecfcbis.com;becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.com

Bonnie C. Mangan
     Trusteemangan@yahoo.com
     ct19@ecfcbis.com;becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.com

Christopher H. Thogmartin
     on behalf of Debtor Stephanie Sophie Sklarsky chris@thoglaw.com  r42275@notify.bestcase.com

Marcus E. Pratt

District/off: 0205-2            User: admin            Page 2 of 2
Date Rcvd: Sep 23, 2024            Form ID: 160            Total Noticed: 2

on behalf of Creditor American Eagle Financial Credit Union bankruptcy@kordeassociates.com

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 5

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 23, 2024

In re:
    Stephanie Sophie Sklarsky
    Debtor*

Case Number: 24−20432
Chapter: 7

### DEFICIENCY NOTICE REGARDING MOTIONS/APPLICATIONS

    Patrick Lombardi has filed a/an Motion for Relief from Stay, ECF No. 31, not in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules of Bankruptcy Procedure, for the reason(s) indicated below:

**D. Conn. Bankr. L.R. 9014−1:**

    • Contested Matter Procedure should be followed when filing the above stated motion.

    Failure to cure this deficiency within five (5) business days from the date of this notice may result in no action taken on your motion/application.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Dated: September 23, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 160 − kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.