United States Bankruptcy Court
District of Connecticut

In re:  
Stephanie Sophie Sklarsky  
    Debtor

Case No. 24-20432-jjt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 24, 2024      Form ID: pdfdoc2      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephanie Sophie Sklarsky, 966 Silas Deane Highway, Apartment B19, Wethersfield, CT 06109-4208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.com |
| Christopher H. Thogmartin | on behalf of Debtor Stephanie Sophie Sklarsky chris@thoglaw.com  r42275@notify.bestcase.com |
| Marcus E. Pratt | on behalf of Creditor American Eagle Financial Credit Union bankruptcy@kordeassociates.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

District/off: 0205-2 User: admin Page 2 of 2
Date Rcvd: Sep 24, 2024 Form ID: pdfdoc2 Total Noticed: 1
TOTAL: 5

ct118                                                                                                                                     03/2024

# United States Bankruptcy Court
# District of Connecticut

In re:

    Stephanie Sophie Sklarsky

    Debtor *

American Eagle Financial Credit Union

Movant(s)

v.

Stephanie Sophie Sklarsky, Debtor

Bonnie C. Mangan, Trustee

Respondent(s)

Case Number: 24-20432

Chapter: 7

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    Upon the Motion for Relief from Stay dated August 29, 2024 (the "Motion", ECF No. 22), filed by American Eagle Financial Credit Union (the "Movant"), after notice and a hearing, see 11 U.S.C. § 102(1), and in accordance with 11 U.S.C. § 362(d)(1) and in compliance with the Court's Contested Matter Procedure; it is hereby

    **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 30 Raymond Road, Rocky Hill, CT 06067, in accordance with applicable non-bankruptcy law; and it is further

    **ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is not hereby waived.

Dated: September 24, 2024

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.