# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
October 1, 2024

In re:

    Stephanie Sophie Sklarsky  
    Debtor*

Case Number: 24–20432  
Chapter: 7

**CLERK'S NOTICE OF NON–COMPLIANCE WITH THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND THIS COURT'S LOCAL RULES OF BANKRUPTCY PROCEDURE**

    Patrick Lombardi (the "Movant"), filed a Motion for dated September 23, 2024, (the "Motion", ECF No. 31). As set forth in the deficiency notice issued by the Clerk's Office on September 23, 2024, ECF No. 32, the Motion was not filed in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules of Bankruptcy Procedure for the following reason(s):

☐ Fee Application cover sheet not filed in accordance with D. Conn. Bankr. L.R. 2016–1.  
☐ Motion for Relief from Stay work sheet not filed in accordance with D. Conn. Bankr. L.R. 4001–1.  
☐ Motion/Application not in compliance with D. Conn. Bankr. L.R. 9013–1.  
☒ Contested Matter Procedure not followed in accordance with D. Conn. Bankr. L.R. 9014–1.  
☐ Deficient Certificate of Service not in compliance with Fed. R. Bankr. P. 7004–1.  
☐ Deficient Response Deadline.

The deficiency in the Motion has not been cured. No further action will be taken on the Motion, ECF No. 31.

Dated: October 1, 2024

                                                                               Pietro Cicolini  
                                                                               Clerk of Court

United States Bankruptcy Court  
District of Connecticut  
450 Main Street, 7th Floor  
Hartford, CT 06103

Tel. (860) 240–3675  
VCIS* (866) 222–8029  
* Voice Case Information System  
http://www.ctb.uscourts.gov  
Form 144 – ts

*For the purposes of this order, "Debtor" means "Debtors" where applicable.