# Notice Recipients

District/Off: 0205−2     User: admin     Date Created: 10/1/2024
Case: 24−20432     Form ID: 144     Total: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Bonnie C. Mangan | Trusteemangan@yahoo.com |
| aty | Bonnie C. Mangan | Trusteemangan@yahoo.com |
| aty | Christopher H. Thogmartin | chris@thoglaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Stephanie Sophie Sklarsky | 966 Silas Deane Highway | Apartment B19 | Wethersfield, CT 06109 |
| cr | Patrick Lombardi | 84 Ridge Road | West Barnstable, MA 02668 | |

TOTAL: 2